**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
United States Attorney

970 Broad Street, Suite 700
Newark, NJ 07102
Kyle.herda@usdoj.gov

main: (973) 297-2024
direct: (973) 297-2053

*Kyle M. Herda, Esq.*
*Assistant United States Attorney*

October 6, 2026

**BY ECF**
Honorable Jamel K. Semper, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

# ORDER

**Re: *Yancha-Aymacana v. Tsoukaris et al*, No. 2:26-cv-12855-JKS**
**Petitioner's Bond Hearing**

Dear Judge Semper:

This Office represents Respondents in this habeas matter. We respectfully write pursuant to the Court's September 30, 2026, Order, ECF No. 2, to confirm that the Petitioner received a bond hearing on October 2, 2026. U.S. Immigration and Custom Enforcement ("ICE") reported to this Office that, at the hearing, Petitioner requested to reschedule the hearing for additional time to submit his evidence in support of the bond request. The bond hearing has been rescheduled to October 8, 2026, at 8:30 a.m.

Respondents respectfully request leave of the Court to file an update regarding the outcome of the bond hearing on or before October 12, 2026. We thank the Court for its attention to this matter.

**So Ordered:**

***/s/ Jamel K. Semper***
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: October 8, 2026**

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Kyle M. Herda*
Kyle M. Herda
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)